United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Elease C Gindraw  
    Debtor

Case No. 19-15948-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 02, 2021 | Form ID: 155 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elease C Gindraw, 1247 Orthodox Street, Philadelphia, PA 19124-3132 |
| 14393486 | + | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393476 | + | AES/Past Cu, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393479 | + | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393488 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14393489 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14393490 | + | California Business Bureau, Inc., Attn: Bankruptcy, Po Box 5010, Monrovia, CA 91017-7110 |
| 14479840 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14393511 | + | Elease Gindraw, 1247 Orthodox Street, Philadelphia, PA 19124-3132 |
| 14393512 | + | Home Credit, Attn: Bankruptcy, Po Box 2394, Omaha, NE 68103-2394 |
| 14434363 | + | Home Credit LLC, 6240 Sprint Parkway, Overland Park, KS 66211-1159 |
| 14393513 | + | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14398675 | + | Jefferson Law, LLC, BNY Mellon Center, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |
| 14397711 | | Jpmorgan Chase Bank, National Association, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14413929 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14409517 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14492845 | + | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 14574233 | + | Wilmington Savings Fund Society, FSB, as Trustee, c/o Rebecca Solarz,, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555074 | + | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14393495 | | Email/Text: megan.harper@phila.gov | Mar 03 2021 02:48:00 | City of Philadelphia, Law Department, Tax Unit/Bankruptcy Group, MSB, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14453452 | | Email/Text: megan.harper@phila.gov | Mar 03 2021 02:48:00 | Water Revenue Bureau, City of Philadelphia Law Department, Tax & Revenue Unit, c/o Pamela Elchert Thurmond, Esquire, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14426576 | | Email/Text: megan.harper@phila.gov | Mar 03 2021 02:48:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esquire, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14393491 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 03 2021 02:39:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14432414 | + | Email/Text: bankruptcy@cavps.com | Mar 03 2021 02:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 19-15948-amc   Doc 73   Filed 03/04/21   Entered 03/05/21 00:53:34   Desc Imaged
                             Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 155 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14393496 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2021 02:48:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14393497 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 03 2021 02:48:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14393499 | + | Email/PDF: pa_dc_ed@navient.com | Mar 03 2021 02:39:40 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393492 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 02:39:39 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14393494 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 02:39:39 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14427147 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 02:41:34 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14393514 | + | Email/PDF: pa_dc_claims@navient.com | Mar 03 2021 02:41:34 | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393524 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 03 2021 02:48:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14393525 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 03 2021 02:48:00 | PECO, Attn: Legal Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14393526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2021 02:37:43 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14404051 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2021 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14393527 | + | Email/Text: bankruptcy@sw-credit.com | Mar 03 2021 02:48:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14393528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 03 2021 02:34:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14561510 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2021 02:34:00 | Wilmington Savings Fund Society, FSB, as trustee o, Bankruptcy Dept, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14393482 | | Aes/pheaafrn |
| 14393483 | | Aes/pheaafrn |
| 14393484 | | Aes/pheaafrn |
| 14393485 | | Aes/pheaafrn |
| 14393480 | | Aes/pheaafrn |
| 14393481 | | Aes/pheaafrn |
| 14393487 | *+ | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393477 | *+ | AES/Past Cu, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393478 | *+ | AES/Past Cu, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393500 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393501 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393502 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393503 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393504 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393505 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 155 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14393506 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393507 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393508 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393509 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393510 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14479861 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14393493 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14393515 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393516 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393517 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393518 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393519 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393520 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393521 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393522 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393523 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14393498 | ##+ | Crb Collection Service, 2003 S El Camino Real St, Oceanside, CA 92054-6215 |

TOTAL: 6 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

**Name**            **Email Address**

JEROME B. BLANK
    on behalf of Creditor Wilmington Savings Fund Society  et al paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Wilmington Savings Fund Society  et al wbecf@brockandscott.com, wbecf@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of BANKRUPTCY GROUP  MS CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov, karena.blaylock@phila.gov

PAUL H. YOUNG
    on behalf of Debtor Elease C Gindraw support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wilmington Savings Fund Society  et al paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Jpmorgan Chase Bank  National Association paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 — User: admin — Page 4 of 4
Date Rcvd: Mar 02, 2021 — Form ID: 155 — Total Noticed: 38

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Elease C Gindraw
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−15948−amc

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 2nd day of March, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

72
Form 155