**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                Chapter 13

                Bankruptcy No. 19-15948-AMC

ELEASE C GINDRAW

1247 ORTHODOX STREET

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ELEASE C GINDRAW

    1247 ORTHODOX STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 11/16/2021

                            /S/ Kenneth E. West
                            _____
                            Kenneth E. West, Esquire
                            Chapter 13 Standing Trustee