**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re    ELEASE C. GINDRAW | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-15948 |

**OBJECTION TO CERTIFICATION OF DEFAULT**

Debtor(s), Elease C. Grindraw, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F (the "Lender"), on September 16, 2022. Debtor believes she can become current on all post-petition payments due under the October 2, 2020 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: September 20, 2022