*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elease C Gindraw
    Debtor(s)

Case No: 19–15948–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default filed by Wilmington Savings Fund Society, FSB and objection to the default filed by debtor

    on: 10/18/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/22/22

Timothy B. McGrath
Clerk of Court

90 – 88, 89
Form 167