# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elease C. Gindraw<br>　　　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br><br>Elease C. Gindraw<br>　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-15948 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certification of Default of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F, which was filed with the Court on or about September 16, 2022.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 10/31/2022