B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Elease C. Gindraw                                         Case No.  19-15948
                                        Debtor(s)                Chapter   13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   
   For legal services, I have agreed to accept                                    $
   
   Prior to the filing of this statement I have received                          $
   
   Balance Due                                                                    $

   ☑ **RETAINER**
   
   For legal services, I have agreed to accept and received a retainer of         $           0.00
   
   The undersigned shall bill against the retainer at an hourly rate of **$350/hr**  $        $350/hr.
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

   ☐ **RETAINER/FLAT FEE BLEND**
   Pursuant to retainer agreement the client agrees to compensate **Paul H. Young, Esquire** in such amount as is approved by the Bankruptcy Court in accordance with the terms and conditions of the Chapter 13 Plan. The minimum fee for services in connection with a confirmed chapter 13 Plan shall be **$0.00** based upon the hourly rate of the services performed by the Firm. The actual fee shall be that which is approved by the court subject to the minimum charged of **$0.00** and if the time devoted to such tasks exceeds **$0.00**, then the fee shall be such amount based upon the hourly charges for the services performed subject to approval by the Court.
   
   Agreed fee (subject to hourly billing if fees exceed **$0.00**)                 $           0.00
   
   Fees received prior to the case                                                $           0.00
   
   Balance Due (subject to hourly billing if the fee exceeds **$0.00**)           $           0.00

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens.**
   
   **Client may be represented at the section 341a meeting by independent contracting counsel Stephen DeMaio, Esquire, who performs such services on a regular basis for Young, Marr & Associates, LLC.**
   
   **Client has paid the filing fee costs of $313 to Counsel in advance of filing.**

In re   Elease C. Gindraw                                               Case No.  **19-15948**
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, relief from stay actions, trustee or creditor motions to dismiss, motions for approval of loan modifications or short sales, any other adversary or trustee proceedings, or any services required after Confirmation of Chapter 13 Plan.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 19, 2024**                       **/s/ Paul H. Young, Esquire**
*Date*                                      **Paul H. Young, Esquire**
                                            *Signature of Attorney*
                                            **Young Marr & Associates**
                                            **3554 Hulmeville Rd Suite 102**
                                            **Bensalem, PA 19020**
                                            **(215) 639-5297   Fax: (215) 639-1344**
                                            **support@ymalaw.com**
                                            *Name of law firm*