United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 19-15948-amc |
|---|---|
| Elease C Gindraw | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elease C Gindraw, 1247 Orthodox Street, Philadelphia, PA 19124-3132 |
| 14393476 | + | AES/Past Cu, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393498 | + | Crb Collection Service, 2003 S El Camino Real St, Oceanside, CA 92054-6214 |
| 14393511 | + | Elease Gindraw, 1247 Orthodox Street, Philadelphia, PA 19124-3132 |
| 14393512 | + | Home Credit, Attn: Bankruptcy, Po Box 2394, Omaha, NE 68103-2394 |
| 14398675 | + | Jefferson Law, LLC, BNY Mellon Center, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |
| 14397711 | | Jpmorgan Chase Bank, National Association, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14574233 | + | Wilmington Savings Fund Society, FSB, as Trustee, c/o Rebecca Solarz,, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14393486 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2024 00:17:00 | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393479 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2024 00:17:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393488 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 26 2024 00:17:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14492845 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 26 2024 00:17:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| 14561510 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 26 2024 00:17:00 | Wilmington Savings Fund Society, FSB, as trustee o, Bankruptcy Dept, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 14393495 | | Email/Text: megan.harper@phila.gov | Nov 26 2024 00:17:00 | City of Philadelphia, Law Department, Tax Unit/Bankruptcy Group, MSB, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14453452 | | Email/Text: megan.harper@phila.gov | Nov 26 2024 00:17:00 | Water Revenue Bureau, City of Philadelphia Law Department, Tax & Revenue Unit, c/o Pamela Elchert Thurmond, Esquire, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14426576 | | Email/Text: megan.harper@phila.gov | Nov 26 2024 00:17:00 | Water Revenue Bureau, c/o Pamela Elchert |

Case 19-15948-amc   Doc 126   Filed 11/27/24   Entered 11/28/24 00:39:26   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Thurmond, Esquire, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14393489 | + | Email/Text: caineweiner@ebn.phinsolutions.com Nov 26 2024 00:17:56 | | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14393490 | ^ | MEBN Nov 26 2024 00:14:43 | | California Business Bureau, Inc., Attn: Bankruptcy, Po Box 5010, Monrovia, CA 91017-7110 |
| 14393491 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 26 2024 00:19:53 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14432414 | + | Email/Text: bankruptcy@cavps.com Nov 26 2024 00:17:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14393496 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 26 2024 00:17:00 | | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14393497 | + | Email/Text: bankruptcy@consumerportfolio.com Nov 26 2024 00:17:00 | | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14393499 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Nov 26 2024 00:21:06 | | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14479840 | | Email/Text: ECMCBKNotices@ecmc.org Nov 26 2024 00:17:00 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14393513 | + | Email/Text: Bankruptcy@ICSystem.com Nov 26 2024 00:17:00 | | I.C. System, Inc., 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 14393492 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 26 2024 00:21:05 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14393494 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 26 2024 00:31:40 | | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14427147 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 26 2024 00:19:53 | | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14555074 | | Email/Text: BankruptcyECFMail@mccalla.com Nov 26 2024 00:17:00 | | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14393514 | + | Email/PDF: bankruptcy_prod@navient.com Nov 26 2024 00:20:23 | | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393524 | | Email/Text: bankruptcygroup@peco-energy.com Nov 26 2024 00:17:00 | | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14393525 | | Email/Text: bankruptcygroup@peco-energy.com Nov 26 2024 00:17:00 | | PECO, Attn: Legal Department, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14413929 | + | Email/Text: bncnotifications@pheaa.org Nov 26 2024 00:17:00 | | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14409517 | ^ | MEBN Nov 26 2024 00:14:49 | | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14393526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2024 00:31:53 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14404051 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2024 00:17:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14393527 | + | Email/Text: bankruptcy@sw-credit.com Nov 26 2024 00:17:00 | | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14393528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 26 2024 00:17:00 | | Verizon, Verizon Wireless Bk Admin, 500 |

Technology Dr Ste 550, Weldon Springs, MO 63304-2225

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14393480 |  | Aes/pheaafrn |
| 14393481 |  | Aes/pheaafrn |
| 14393482 |  | Aes/pheaafrn |
| 14393483 |  | Aes/pheaafrn |
| 14393484 |  | Aes/pheaafrn |
| 14393485 |  | Aes/pheaafrn |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14393487 | *+ | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393477 | *+ | AES/Past Cu, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393478 | *+ | AES/Past Cu, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393500 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393501 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393502 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393503 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393504 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393505 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393506 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393507 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393508 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393509 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14393510 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14479861 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14393493 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14393515 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393516 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393517 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393518 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393519 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393520 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393521 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393522 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14393523 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9255 |
| 14434363 | ##+ | Home Credit LLC, 6240 Sprint Parkway, Overland Park, KS 66211-1159 |

TOTAL: 6 Undeliverable, 26 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Wilmington Savings Fund Society  et al jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Wilmington Savings Fund Society  et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of BANKRUPTCY GROUP  MS CITY OF PHILADELPHIA LAW DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov |
| PAUL H. YOUNG | on behalf of Debtor Elease C Gindraw support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| THOMAS SONG | on behalf of Creditor Wilmington Savings Fund Society  et al tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Jpmorgan Chase Bank  National Association tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 125 − 118

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Elease C Gindraw<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−15948−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 25, 2024                                              For The Court

                                                                                                      Timothy B. McGrath
                                                                                                        Clerk of Court